UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDON EDMONSON, et al.,

    Plaintiffs,

v.                                              CASE NO. 3:16cv464-MCR-CJK

NASH, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 20, 2016. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** and the dismissal is **WITHOUT PREJUDICE** to each plaintiff filing a new individual complaint on his own behalf, and either paying the full $400.00 fee ($350.00 filing fee and $50.00 administrative fee) or submitting an individual application to proceed *in forma pauperis*.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of October, 2016.

                *s/ M. Casey Rodgers*
                **M. CASEY RODGERS**
                **CHIEF UNITED STATES DISTRICT JUDGE**